**Order entered March 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00748-CV

### RHONDA FISHER, Appellant

### V.

### DALLAS HOUSING AUTHORITY CITY OF DALLAS-BARBARA JORDAN APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01419-B**

### ORDER

Before the Court is the March 3, 2021 request of Robin Washington, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **March 15, 2021**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE